UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
OCEAN TRAILS CLO VII, et al.,

                Plaintiffs,

-against-

MLN TOPCO LTD., et al.,

                Defendants.
------------------------------------------------------------X

23 Civ. 5433 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Plaintiffs' letter dated July 11, 2023, stated Plaintiffs' intent to move to remand this action to New York state court by July 18, 2023. It is hereby

       **ORDERED** that Plaintiffs shall file their motion to remand and accompanying memorandum of law by July 18, 2023. Removing Defendants shall file a response by July 25, 2023. Plaintiffs shall file a reply by July 28, 2023. All filings shall comply with this Court's Individual Rules.

Dated: July 13, 2023
       New York, New York

                                                              LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE