UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ocean Trail CLO VII, *et al.*,

        Plaintiffs,

        v.

MLN TopCo Ltd., *et al.*,

        Defendants.

Case No. 23-cv-05443 (LGS)

Motion DENIED without prejudice to renewal. Defendants shall comply with the Court's Individual Rules and must file a pre-motion letter in the manner provided in Rule III.C.2.  Defendants shall file their letter by August 2, 2023, for discussion at the August 9, 2023, conference.

Dated: July 24, 2023
     New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE**, that upon the pleadings served in this action, the accompanying Memorandum of Law in Support of Motion to Dismiss the Nuveen Lenders' Crossclaim, the accompanying Declaration of Mitchell S. Levy, and exhibits thereto, Defendants MLN TopCo Ltd., Mitel Networks (International) Ltd., MLN US TopCo Inc. and MLN US HoldCo LLC (the "Mitel Defendants") hereby move under Federal Rule of Civil Procedure 12(b) for entry of an order dismissing the crossclaim against the Mitel Defendants, filed as part of Exhibit H to the Notice of Removal [Dkt. 1], with prejudice.

Dated: July 21, 2023　　　　　　　　WACHTELL, LIPTON, ROSEN & KATZ
　　　　New York, New York

　　　　　　　　　　　　　　　　　/s/ Emil A. Kleinhaus

　　　　　　　　　　　　　　　　　Emil A. Kleinhaus
　　　　　　　　　　　　　　　　　Michael H. Cassel
　　　　　　　　　　　　　　　　　Mitchell S. Levy
　　　　　　　　　　　　　　　　　51 West 52nd Street
　　　　　　　　　　　　　　　　　New York, New York  10019
　　　　　　　　　　　　　　　　　Telephone:  (212) 403-1000
　　　　　　　　　　　　　　　　　Facsimile:  (212) 403-2000

　　　　　　　　　　　　　　　　　*Attorneys for MLN TopCo Ltd., Mitel Networks
　　　　　　　　　　　　　　　　　(International) Limited, MLN US TopCo Inc., and
　　　　　　　　　　　　　　　　　MLN US HoldCo LLC*