UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ocean Trails CLO VII, *et al.*,<br><br>                    *Plaintiffs*,<br><br>           v.<br><br>MLN TopCo Ltd. *et al.*,<br><br>                    *Defendants*. | Case No. 1:23-cv-05443-LGS<br><br>~~(PROPOSED)~~ ORDER TO REMAND |

**WHEREAS** removal of the above-caption action from Supreme Court of the State of New York is based on this Court's jurisdiction over the case under the Class Action Fairness Act ("CAFA"), as codified in 28 U.S.C. §§ 1332, 1453, 1711-15;

**WHEREAS**, under 28 U.S.C. §1332(d)(5), CAFA shall not apply to actions where "the number of members of all proposed plaintiff classes in the aggregate is less than 100";

**WHEREAS** there are 96 Plaintiffs named in this action;

**WHEREAS** the action therefore does not satisfy CAFA's plaintiff numerosity requirement under 28 U.S.C. §1332(d)(5); and

**WHEREAS** Defendants' notice of removal does not provide any other basis for this Court's jurisdiction over the case; and for substantially the reasons stated by Plaintiffs in their submissions at Dkt. 25 and 49, and having considered Defendants' arguments at Dkt. 47 and 59;

**IT IS NOW, THEREFORE, ORDERED**, that:

1.      This action be **REMANDED** to the Supreme Court of the State of New York, New York County.

The Clerk of Court is respectfully directed to close the motion at Dkt. 24.

So Ordered.

Dated: August 8, 2023
          New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE